**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7396**

---

HENRY SINGLETARY,

Petitioner - Appellant,

versus

LAURIE F. BESSINGER, Warden; CHARLES M.
CONDON, Attorney General of the State of South
Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  David C. Norton, District Judge.
(CA-95-3232-3-18BC)

---

Submitted:  April 14, 1998          Decided:  May 18, 1998

---

Before MURNAGHAN and LUTTIG, Circuit Judges, and HALL, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Henry Singletary, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Singletary v. Bessinger, No. CA-95-3232-3-18BC (D.S.C. Aug. 9, 1996). See Lindh v. Murphy, 521 U.S. ___, 65 U.S.L.W. 4557 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED